IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br>Isaac Westbury,<br><br>                Defendant. | **AMENDED COURT MINUTES - CRIMINAL**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. MAGISTRATE JUDGE<br><br>Case No:        21-mj-722 DTS<br>Date:           October 4, 2021<br>Video Conference<br>Time Commenced:   1:43 p.m.<br>Time Concluded:    1:55 p.m.<br>Time in Court:      12 minutes |

APPEARANCES:

    Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
    Defendant: Keala Ede
          X FPD       X To be appointed

    X Advised of Rights

on   X Indictment

X Date charges or violation filed: 9/29/2021
X Current Offense: civil disorder; assaulting, resisting, or impeding officers using a dangerous weapon
X **Charges from other District:** District of Columbia
X Title and Code of underlying offense from other District: 18:231(a)(3)
X Case no: 1:21-cr-605

**Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is October 12, 2021 at 2:00 p.m. Eastern time via video conference with the District of Columbia.

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.
X Government moves to unseal the case.     X Granted

                                                                 s/ JAM
                                                    Signature of Courtroom Deputy