# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Isaac Westbury,<br><br>    Defendant. | Criminal No. 21-mj-722 DTS<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge on October 4, 2021. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.

Dated: October 4, 2021

*s/David T. Schultz*
David T. Schultz
United States Magistrate Judge